UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: SHAFER, MELINDA LEIGH | § | Case No. 09-75754 |
| | § | |
| SHAFER, MINDY | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 10/20/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: __/ /_____        By:  /s/STEPHEN G. BALSLEY_____
                                           Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez               Page 1 of 1                  Date Rcvd: Sep 29, 2010
Case: 09-75754                Form ID: pdf006             Total Noticed: 25

The following entities were noticed by first class mail on Oct 01, 2010.
db           +Melinda Leigh Shafer,    20911 Dunham Road,   Marengo, IL 60152-8010
aty          +Erick J Bohlman,    Bohlman Law Offices, PC,   780 McArdle Dr.,   Unit F,
               Crystal Lake, IL 60014-8155
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
14910308     +American Coradius Internatnl., LLc,   2420 Sweet Home Road,   Amhurst, NY 14228-2243
14910309     +Baker & Miller, PC,    29 N. Wacker Dr., 5th Fl.,   Chicago, IL 60606-2851
14910310      Bank Of America,    De5-019-03-07,   Newark, DE 19714
14910311     +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
14910312     +Bill Me Later,    P.O. Box 105658,   Atlanta, GA 30348-5658
14910313     +Chase,   PO Box 36520,   Louisville, KY 40233-6520
15546488      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14910314     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14910316     +Firstsource Advantage, LLC,   205 Bryant Woods South,   Amherst, NY 14228-3609
14910318     +HSBC,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
14910319     +Jeffrey Shafer,    20911 Dunham Road,   Marengo, IL 60152-8010
15847310    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank N.A.,    P.O. Box 5229,   Cincinnati, OH 45201)
14910321    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    4325 17th Ave S,   Fargo, ND 58125)
15684907      WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,   PO BOX 82609,   LINCOLN, NE 68501-2609
14910322     +Worlds Foremost Bank N,    Attn: Collections,   Po Box 82608,   Lincoln, NE 68501-2608

The following entities were noticed by electronic transmission on Sep 29, 2010.
15503168      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2010 02:35:06
               American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,   PO Box 248840,
               Oklahoma City, OK  73124-8840
15491366      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19    Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
14910315     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 30 2010 02:35:19    Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
15879191      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2010 02:35:08
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
15667485     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:40:52    GE Money Bank dba EBAY MASTERCARD,
               Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14910317     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2010 02:40:52    Gemb/gap,   Attention: Bankruptcy,
               Po Box 103106,   Roswell, GA 30076-9106
14910320     +E-mail/Text: bnc@ursi.com                            United Recovery Systems, LP,
               5800 North Course Drive,   Houston, TX 77072-1613
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2010**               **Signature:** *Joseph Speetjens*